TONI CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, #220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LAMON LARRY KELLEY II

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 2:09–mj–00330-DAD
                           )
       Plaintiff,          )
                           ) STIPULATION AND (MODIFIED) ORDER
                           )
v.                         )
                           )
LAMON LARRY KELLEY II,     )
                           )
       Defendant.          )
                           )
                           )
_____)

      Defendant's father, Lamon Kelley, Sr., passed away on May 10, 2010 according to his obituary in the Sacramento Bee that ran on May 16, 2010.  Mr. Kelley's funeral services will be held at Genesis Church located at 2801 Meadowview Road in Sacramento tomorrow, May 19, 2010, beginning at 10:30 in the morning. Defense counsel was notified by defendant's family that there will then be a burial in Jackson followed by a family dinner.

      Counsel for the government, Ellen Endrizzi, has no objection to Mr. Kelley II being released to attend the funeral services of his father. She indicated that she stipulates to his release as long as Pretrial Services has no opposition. Defense counsel contacted Pretrial Services and Officer Gaskins indicated that the Office was taking no position regarding Mr. Kelley's release. Counsel for the government, Ellen Endrizzi and Defense Counsel, Toni Carbone, hereby stipulate and agree that, as long as there is no opposition from Pretrial Services, that defendant

Lamon Larry Kelley, II be transported to the United States Marshal's Office on the 5th floor of the United States Courthouse, at 9:30 a.m., the morning of May 19, 2010.  The Parties further agree and stipulate that defendant be released to third party custodian and defense investigator, Robert Hessee, for the purpose of being transported to the funeral service, burial and family dinner.  Mr. Hessee will supervise and act as third party custodian during the funeral service, burial and family dinner and will return Mr. Kelley II to the United States Marshal's Office no later than 6:00 p.m.

Respectfully Submitted,

Dated: May 18, 2010                    By: /s/  Toni Carbone
                                       TONI CARBONE
                                       Attorney for Defendant,
                                       LAMON LARRY KELLEY II

Dated:  May 18, 2010                   By: /s/  Ellen Endrizzi
                                       ELLEN ENDRIZZI
                                       Assistant United States Attorney

TONI CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, #220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LAMON LARRY KELLEY II

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09–mj–00330-DAD |
| Plaintiff, | ) ) ) MODIFIED ORDER |
| v. | ) ) |
| LAMON LARRY KELLEY II, | ) ) |
| Defendant. | ) ) ) ) |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that defendant Lamon Larry Kelley, II be transported to the United States Marshal's Office on the 5th floor of the United States Courthouse, at 9:30 a.m., the morning of May 19, 2010.  It is further ordered that defendant be released to third party custodian and defense investigator, Robert Hessee, for the purpose of being transported to the funeral service and burial of defendant's father.  Mr. Hessee will supervise and act as third party custodian during the funeral service and burial and will

//

//

//

immediately return Mr. Kelley II to the United States Marshal's Office, and in no event later than 3:00 p.m. on May 19, 2010.  During this release period, Mr. Kelley is ordered to comply with all orders of Mr. Hessee.

IT IS SO ORDERED

Dated:  May18, 2010

/s/ Kendall J. Newman___
KENDALL J. NEWMAN
United States Magistrate Judge
United States District Court
Eastern District of California