TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
LAMON LARRY KELLEY II

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-199 GEB |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | Date:  October 8, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |
| LAMON LARRY KELLEY II, | |
| Defendant. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 8, 2010. Counsel for the defendant requests that the date for judgment and sentencing be continued to November 5, 2010 at 9:00am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/5/10** |
| Reply, or Statement of Non-Opposition: | 10/29/10 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/22/10 |

The Presentence Report shall be filed with the Court

1

| | |
|---|---|
| And disclosed to counsel no later than: | 10/15/10 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 10/8/10 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 9/24/10 |

Dated:  August 31, 2010                              //s/ Toni Carbone
                                                     TONI CARBONE
                                                     Attorney for defendant
                                                     Syldarius Grant

Dated: August 31, 2010                               /s/ Michelle Beckwith
                                                     MICHELLE BECKWITH
                                                     Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Larry Lamon Kelley II be continued from October 8, 2010 to November 5, 2010. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: 9/2/10

_____
GARLAND E. BURRELL, JR.
United States District Judge