

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00199-GEB |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| LAMON LARRY KELLEY II, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to immediately release **LAMON LARRY KELLEY II** into the custody of a United States Probation Officer for transportation to an inpatient correctional treatment program.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge