## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | **FINDINGS AND RECOMMENDATION** |
| ) | **AND ORDER FOR REENTRY COURT** |
| Lamon Larry Kelley II, ) | **JAIL SANCTION** |
| ) | |
| Defendant. ) | Docket Number:   0972 2:10CR00199-001 |
| ) | |

On December 19, 2013, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his Supervised Release by missing Court and continuously not completing his goals. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

It is therefore recommended that the defendant serve 3 days imprisonment, to commence on August 22, 2014 and ending on August 24, 2014.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

8/21/2014
Date

The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

**FILED**
AUG 2 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Rev.  05/2013
REENTRY COURT_JAIL SANCTION.DOTX

1