RE: **Lamon Larry Kelley II**
Docket Number:    0972 2:10CR00199-001
**FINDINGS AND RECOMMENDATION AND**
**ORDER FOR REENTRY COURT JAIL SANCTION**



FILED
AUG 2 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 3 days imprisonment, to commence on August 22, 2014 and end on August 24, 2014. The defendant is ordered to self-surrender to the United States Marshal no later than 2:00 p.m. on August 22, 2014.

August 21, 2014
Date

The Honorable Garland E. Burrell, Jr.
U.S. District Judge