TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 344-9298

Attorney for Defendant
LAMON KELLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>LAMON KELLEY,<br><br>            Defendant. | CASE NO. 2:10-CR-00199-01 GEB<br><br>**STIPULATION REGARDING SETTING OF ADMIT/DENY HEARING; [PROPOSED] FINDINGS AND ORDER** |

   Defendant, LAMON KELLEY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

   1.   By previous order, this matter was set for an Admit/Deny hearing on April 3, 2015.

   2.   By this stipulation, defendant now moves to advance the Admit/Deny hearing to March 27, 2015.

   3.   The parties agree and stipulate, and request that the Court find the following:

       a.   Mr. Kelley and counsel have further conferred and Mr. Kelley is now ready to admit the allegations contained in the petition for violation of supervised release.  Defense counsel has conferred with the GOVERNMENT and the Probation office and both are in agreement with Mr. Kelley's request to advance the status conference date to allow him to admit the allegations.

1    IT IS SO STIPULATED.

2    Dated:  March 25, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
3

4                                       By:    /s/ Toni White for
                                               MATTHEW YELOVICH
5                                              Assistant U.S. Attorney

6                                              For the United States

7    Dated:  March 25, 2015             By:    /s/ Toni White
                                               TONI WHITE
8

9                                              For the Defendant

10

11

12                                  **O R D E R**

13   IT IS SO ORDERED.

14    Dated:  March 25, 2015

15

16   _____
     GARLAND E. BURRELL, JR.
17   Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                        2
Stipulation and [Proposed] Order for Advancement of
Admit/Deny Hearing and for Exclusion of Time